# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

---

**CHAD WIEGAND,**

        **Plaintiff,**

  **v.**

                                      **Lead Case No. 25-C-751**

**FOREST LIGHT CAPITAL LLC**

        **Defendant.**

---

**SRIRAJ KANTAMNENI,**

          **Plaintiff,**

  **v.**

                                **Consolidated Case No. 25-CV-752**

**FOREST LIGHT CAPITAL, LLC,**

        **Defendant.**

---

## ORDER FOR ENTRY OF JUDGMENTS
## PURSUANT TO RULE 16(f)

---

For the reasons set forth in Plaintiffs' motion; and the Court being fully advised in the premises;

**IT IS THEREFORE ORDERED** that judgment shall be entered in favor of each of the Plaintiffs as follows:

1.  Judgment for Plaintiff Chad Wiegand in the amount of $397,651.

2.  Judgment for Plaintiff SriRaj Kantamneni in the amount of $128,466.

**IT IS FURTHER ORDERED** that Plaintiffs' Motions for Summary Judgment (Dkt. Nos. 38 & 42) are **DENIED as moot**.

The clerk is hereby directed to enter the judgments accordingly.

The Court further grants the Plaintiffs leave to move to amend the judgments in the future to add additional post-judgment expenses and monthly payments as set forth above, and the Court reserves jurisdiction for that purpose.

Dated at Green Bay, Wisconsin this 23rd day of June, 2026.

BY THE COURT:

William C. Griesbach
U.S. District Judge